**Order filed February 9, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-10-00974-CV
_____

**SUTAPA GHOSH AND CENEMAWALLA, INC., Appellants**

**V.**

**PAWAN GROVER, M.D., 87 MINUTES PRODUCTION, L.L.C. AND PAV ENTERTAINMENT, Appellees**

---

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2008-40721**

---

## ORDER

The reporter's record in this case was due December 12, 2011. *See* Tex. R. App. P. 35.1. On December 14, 2011, the clerk of this court sent a letter to the official court reporter for the 80th District Court, informing him/her the record had not been filed. The court has not received a request to extend time for filing the record, nor has the record been filed with the court. We therefore issue the following order.

We order the official court reporter to file the record in this appeal **on or before March 1, 2012.**

PER CURIAM